Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)   AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT

## for the

MIDDLE District of FLORIDA

JACKSONVILLE Division

|  |  |
|---|---|
| GERNARD DEREZ CHESTNUT<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br><br>-v-<br><br>TONY KNIGHT   (SEE ATTACHED)<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names. Do not include addresses here.)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:18-CV-1302-1-32JRK<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | GERNARD DENEZ CHESTNUT |
| All other names by which you have been known: | |
| ID Number | 1301496 |
| Current Institution | SUWANNEE C.I. |
| Address | 5964 US HWY 90 |
| | LIVE OAK          FLORIDA  32060 |
| | *City*          *State*    *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | TONY KNIGHT |
| Job or Title *(if known)* | LIEUTENANT |
| Shield Number | |
| Employer | (JULIE L JONES) FLORIDA STATE PRISON |
| Address | P.O. BOX 800 |
| | RAIFORD          FLORIDA  32083 |
| | *City*          *State*    *Zip Code* |

☑ Individual capacity  ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | TEDDY TOMLIN |
| Job or Title *(if known)* | SERGEANT |
| Shield Number | |
| Employer | FLORIDA STATE PRISON |
| Address | P.O. BOX 800 |
| | RAIFORD          FL.      32083 |
| | *City*          *State*    *Zip Code* |

☑ Individual capacity  ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | BRETT GILLESPIE |
| Job or Title *(if known)* | SERGEANT |
| Shield Number | |
| Employer | FLORIDA STATE PRISON |
| Address | P.O. BOX 800 |
| | RAIFORD                FL        32083 |
| | City            State        Zip Code |

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | ROBERT ATTABERRY |
| Job or Title *(if known)* | SERGEANT |
| Shield Number | |
| Employer | FLORIDA STATE PRISON |
| Address | P.O. BOX 800 |
| | RAIFORD                FL        32083 |
| | City            State        Zip Code |

☑ Individual capacity   ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, and 14th Amendments of the United States Constitution. For Retaliation excessive unnecessary force, failure to protect, and intervene, and racial discrimination, as explained in numerical paragraphs in #(5)(B) STATEMENT OF CLAIMS section.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5

Name                William Hall

Job or Title        Captain

Employer            Florida State Prison  P.O. Box 800  Raiford FL. 32083
                                                        city      State    zipcode

☑ Individual capacity        ☑ Official capacity


Defendant No. 6

Name                Genard Howell

Job or Title        Officer

Employer            Florida State Prison  P.O. Box 800  Raiford FL. 32083
                                                        city      State   zipcode

☑ Individual capacity    ☑ Official Capacity


Defendant No. 7

Name                Colin Williams

Job or Title        Sargeant

Employer            Florida State Prison  P.O. Box 800  Raiford FL. 32083

☑ Individual capacity  ☑ Official capacity


Defendant No. 8

Name                Robert Brown

Job or Title        Sargeant

Employer            Florida State Prison  P.O. Box 800  Raiford FL. 32083

☑ Individual capacity  ☑ Official capacity


Defendant No. 9

Name                Blitch

Job or Title        Captain

Employer            Florida State Prison  P.O. Box 800  Raiford FL. 32083

☑ Individual capacity  ☑ Official capacity

Defendant No. 10

Name                          McKenzie

Job or Title                  Major

Employer                      Florida State Prison  P.O. Box 800  Raiford, FL. 32083

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 11

Name                          LoLa

Job or Title                  Captain

Employer                      Florida State Prison, P.O. Box 800, Raiford, FL. 32083

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 12

Name                          Louvie

Job or Title                  Sargeant

Employer                      Florida State Prison  P.O. Box 800  Raiford FL. 32083

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 13

Name                          Osteen

Job or Title                  Sargeant

Employer                      Florida State Prison  P.O. Box 800  Raiford FL. 32083

☑ Individual Capacity   ☑ Official Capacity

Defendant No. 14

Name                          Travis Scott

Job or Title                  Sargeant

Employer                      Florida State Prison  P.O. Box 800  Raiford FL. 32083

☑ Individual Capacity   ☑ Official Capacity

Defendant No.

Name                              Thompson

Job or Title                      Lieutenant

Employer                          Florida State Prison  P.O. Box 800  Raiford  FL. 32083

☑ Individual capacity    ☑ Official capacity


Defendant No.

Name                              Rodders

Job or Title                      Sargeant

Employer                          Florida State Prison  P.O. Box 800  Raiford  FL. 32083

☑ Individual capacity    ☑ Official capacity


Defendant No.

Name                              McCoy

Job or Title                      Officer

Employer                          Florida State Prison  P.O. Box 800  Raiford  FL. 32083

☑ Individual capacity    ☑ Official capacity

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each and every defendant listed acted under color of State Law stipulated in Florida Statues and Constitution and Department of Corrections regulations (as explained in detail in Attached pages under Section/# IV listed below).

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ATTACHED PAGES

(1) On 7/14/17 Sgt. Rodgers, and Officer Howell conspired with Lieutenant Blitch to maliciously "gas me", and place me on "strip" in retaliation against me for verbalizing complaints of filing grievances in regards to not issuing me a clean styrofoam cup, violating my 1st Amendment and 8th Amendment rights of U.S. Constitution for retaliation and cruel and unusual punishment for malicious excessive, and unnecessary force.

(2) After I was maliciously gassed and placed on strip Officer Howell made racial slurs calling me "nigger" and taunting me with threats of "beating my ass" and tried to "trip me" going down the stairway as I was escorted to the decontamination shower on 7/14/17 in racial discrimination in violation of my 14th Amendment Constitutional rights of Equitable treatment / Discrimination.

(3) Following decontamination shower on 7/14/17 I was placed on suicide watch in medical infirmary. Lt. Blitch approached the cell stating "Your a bitch! Ill be back with the extraction team to fuck you up!"

In violation of all use of force policy Lt. Blitch returned to the cell and ordered cell extraction team to beat me and assault me in conspiracy with Lt. Thompson and Captain Mackenzie for the sick thrill of it.

As I was already secured in full restraints and splayed across the metal bunk located in the middle of the cell, Sgt. Thomlin bursted my head open with a pair of leg shackles.

These officers violated my 8th, and 14th Amendments of U.S. Constitution by using malicious unnecessary, and excessive force, and depriving me of Equitable treatment and Due process

Captain Mackenzie threatened "He didn't give a damn about a video camera, and that he'd been fucking up inmates on video camera for 20 years and getting away with it!" Lt. Blitch threatened that "He'd be fucking me up again and it would be alot worser the next time."

(4) On 10/10/17 upon exiting the Colonel's office following an attorney call, I informed Sgt. Osteen "I had chest pains." As I explained this to him Captain Hall used hand gestures ordering Sgt. Osteen to "slam me in full restraints." I than tried dropping to the ground in pain and to prevent this officer from slamming me in full restraints. This officer still lifted me and slammed me down with extreme unnecessary force bursting open my chin causing wide gash. Sgt. Scott and Officer Lownie and several other officers responded to the scene of the incident picked me up (without waiting for use of force camera violating all use of force policy) rushed me down into the medical emergency room to take me out of view of any surveillance cameras and beat me and assaulted me with closed fists, and kicking me with boots in my back, stomach, and punching me in the face several minutes, several minutes before allowing any nurse to see me, or before activating the use of force video camera. Captain Hall than stated "You got what you deserved. Until you learn to shut your mouth and stop writing shit up your gonna get your ass beat!"

This was violation of my U.S. Constitutional rights listed in 1st Amendment for Retaliation and excessive unnecessary force in violation of 8th Amendment.

Officer Lownie later told me "He beat me for causing his brothers Sgt. Merritt and Officer Howell problems" referring to racial racist gang organization he's affiliated with.

Sgt. Howell had called me racial slurs such as "Nigger" and had been deliberately placed on cell extraction team to assault me as expressed in the previous paragraphs from assault made upon me on 7/14/17.

(5) On 4/4/18  4/5/18  4/9/18 and 4/10/18 Sargeant R. Attaberry placed empty styrofoam trays inside my cell for all (3) meals and threatened to "kill me, starve me to death" and taunting me as he did it, by banging on my cell window and stating he was attacking me on behalf of "his brothers"(referring to racist organization) assuring me that he'd be making further attacks upon me. This was violation of my Constitutional rights under 8th, and 14th Amendments by cruel and unusual punishment and Discrimination (racial) discrimination.
Some of the threats made as Sgt. R. Attaberry threatened me consisted of "He'd teach me a lesson for fucking with his brothers and snitching on officers!"


(6) On 4/10/18 as Sgt. Merritt escorted me to C-Dormitory he threatened me stating "Im gonna get you! Im gonna fuck you up or have one of my brothers do it!. It could be this week. It may be next week or a month from now but before you leave this building We're gonna get you!" Those threats were made in racial discrimination, cruel and unusual punishment, and in retaliation for being a target for "being a problem for officers", and "a snitch for filing complaints against them verbally and documentedly" as I have extensive history of grievance filings and why all these incidents relate in regards to my life being in imminent danger. These threats made by Sgt. Merritt were in violation of my 1st, 8th, and 14th Amendments for reasons listed above.
(Sgt. Merritt also participated in assault made upon me with cell extraction team on 7/14/17).

(7) On 4/12/18 despite Sargeant B. Gillespie not being assigned to working C-Dormitory he showed up at my cell door C1114 and whispered through the crack of the door "Nigger Ill be back to fuck you up and I fucked up your property!", wich was racial discrimination, and cruel and unusual punishment 14th, and 8th Amendment violations.

(8) Pursuant with the threats and malicious attacks the officers of racist brotherhood had been making against me I was set up by officers on 4/30/18 to be stabbed repeatedly inside the group room while I was in full restraints and officer McCoy did nothing but watch, and blocked me inside the group room to assist the inmate to stab me.
This inmate later informed me that "He didnt receive any disciplinary report and was paid by officers with K-2 (synthetic marijuana) and cigarettes to kill me" (which was widespread through his gang organizations affiliations). This attack was cruel and unusual punishment, failure to protect, and intervene in violation of 8th Amendment.

(9) Immediately after I was stabbed on 4/30/18 Sgt. B. Gillespie and Sgt. Scott forced me into an upstairs shower cell out of view of camera and struck me in back of head with closed fist stating "Nigger didnt we tell you we were going to fuck you up! We were hoping that nigger wouldve killed you!" Sgt. B. Gillespie bragged and taunted me to and from medical stating "I dont have to use my brothers to get you fuckboy! Next time we'll get it done the right way. Upon returning to my cell Sgt. B. Gillespie maliciously pushed me down through the doorway all on video recorder causing me to hurt myself. He then threatened "They'd be getting me again!" These officers used excessive unnecessary force, and racial discrimination, in violation of 8th, and 14th Amendments.

(10) On 5/4/18 Sgt. Scott, and Sgt. Gillespie stood on the second floor of C-dormitory pointing down at my assigned cell making obscenities at me such as "pussy boy" and "Fuck boy." They than approached my cell with Lt. T. Knight and placed me on "strip" in malice and "gassed me" repeatedly while I was in handcuffs. All in malice. Sgt. Merritt was winking his eye at me stating " I told you I was coming to get you fuckboy! They also poured feces all over my personal property." Lt. T. Knight threatened and mocked that "they did it to show me they didn't give a fuck about me filing grievances and lawsuits and that they would win everytime!" Before leaving the wing Lt. T. Knight approached my assigned cell # C1114 threatening "They'd be getting me again!" These violations were retaliation, and excessive unnecessary force, under 1st, and 8th Amendments.

(11) On 6/6/18 approx. 10:30am - 2:30pm Lt. T. Knight approached my assigned cell # C1114 stating " We know you've been trying to file lawsuits! We're still gonna get your ass and get away with it everytime!" Captain Blitch approached me stating " I never liked you since you pissed me off in medical last year so if Sgt. Gillespie or my Lieutenant wants to get you We're gonna get you. I told you I'd be back to see you and I'm gonna run it on you again if I keep hearing about this stupid shit you keep writing up!" Sgt. Gillespie than walked up stating "Fuckboy we're gonna get you next!" as they were gassing other inmates. He than extended his middle finger pressing it against the cell window. stating "Let me show you how easy it is to get ~~and~~ your ass!" He than walked over to Lt. Thompson and Capt. Blitch who looked at me nodding his head authorizing him to attack me. Lt. Thompson than approached me stating " You a snitch! We got something for you!" He then returned to the cell with Capt. Blitch and Lt. T. Knight

utilizing chemical agents against me in malicious assault. Lt. Thompson than yelled to everyone outloud that " I was a snitch" to place me in open danger.

This attack was Retaliation in Violation of 1st Amendment and excessive unnecessary Force in Violation of 8th Amendment.

Sgt. Scott than threatened " I cant wait for you to slip again so I can beat your ass again like I did in medical."

Lt. T. Knight also placed his clipboard on the extended footbox attached to the cell door stating " I told you, you'd be seeing me again"; he than threatened " We'll be back!", and walked off.


(12) On 6/28/18 Sargeant R. Attaberry opened the shower cell on B-wing striking me in the Face as I was in Full restraints and drug me from shower cell as I dropped my weight to the ground in Fear of my life due to past threats and attacks and his present threats of " putting me inside the cell and hurting me so badly Id need a medical emergency." Sgt. R. Attaberry ended up stumbling to the ground as he and officer Newsome drug me down the hall. When he'd fallen down officer Newsome tossed me into the cell. Instead of Sgt. Attaberry securing the cell door he came in and beat me until I was knocked unconcious with his walkie-talkie radio as he taunted me " Didnt I tell you I was going to kill you". He than left the cell, secured door, and called back up. This was excessive malicious force, in Violation of 8th Amendent.


(13) On 9/17/18   Captain Blitch approached my assigned cell in B-dorm Cell # 1211 with Lt. T. Knight stating " Hey buddy, I told you you'd be seeing us again." They than maliciously gassed and stripped me for the sick thrill of it. This was excessive force in violation of the 8th Amendment.

(14) On/around 10/1/18, as I attended a medical call out. Sgt. R. Attaberry stated "I don't see how I didn't kill your ass when I beat you in the head with my radio" bragging about it, and threatened "We're still gonna get you. Why do you think we're not putting you on protective management. The inmates already got paid to kill you!"

(15) On 12/7/18 at approximately 3:00pm - 6:30pm I was awaiting transfer in holding cell located behind the central control room at Florida State Prison. Sgt. R. Attaberry entered the cell and made threats that "He'd have me fucked up before I left." Shortly later Sargent C. Williams, and Sgt. R. Brown entered the holding cell and beat me nearly to death for several minutes beating me in the head with metal restraints, closed fists, and knees until my bowels shut down and I soiled my own boxer underwear. (I was beaten wearing nothing but underwear as they'd rushed inside the cell as I was doing strip search). Captain Lola watched these officers beat me for several minutes, than he began kicking me in the face with his boots, and kicking me in the mouth beating me unconcious. When I regained conciousness I was in handcuffs behind my back and he threatened "I'm gonna call my friends at Suwannee C.I. and tell them know to finish taking care of you. You better keep your mouth shut!" This was excessive force, 8th Amendment violation. When I arrived at Suwannee C.I. several officers and supervisors stated and threatened "We got some phone calls about you from FSP and we got something for your ass here much worse than that!", referring to the disfiguration of my head, stitches, and blood all over me as I'd been beaten beyond recognition. Since officials here have made threats to further attack me on behalf of Florida State Prison my life remains in serious imminent danger. Video Cameras, Fixed and Use of Force will show I walked out

wearing only boxers, and cuffed behind my back before Captain Lola ordered me back inside holding cell where I then removed soiled boxers, put on blue uniform, plus my injuries (severe injuries) proves officers Sgt. C. Williams, and R. Brown falsified disciplinary reports to cover this assault by clear lies that I was handcuffed infront, and they only forced me to ground and I complied, after sinking them in handcuffs. ?

Officers have been coming by my cell threatening that "Your trying to run from FSP! We heard about you, and we still got something for your ass!"

I do not know what these officers plan on doing but I fear for my life. ~~████████~~ The strong gang ties of paid gang members who made repeated stabbing attacks against me on behalf of officers should also be considered, and all threats made by every officer taken extremely serious as they almost just recently beat me to death on 12/7/18 "as I was being transferred."

Much other attacks and brutal assaults were made upon me at this Prison (Florida State Prison), but were unrelated to the attacks reported in this Complaint but they all involved officers listed in this Complaint and other officers John Does, or names unlisted, but incidents unrelated to the ongoing attacks related to the initial threats from several officers and Lieutenant Blitch placing out the "hits" against me in retaliation for filing complaints labeling me a snitch for reporting officer misconduct and attacks being orchestrated by some form of racist organization amongst officers and acting in attacks all relating to eachother to pursue revenge, follow up on threats, and cause harm out of malice, all officers listed conspired together to attack me in revenge for making complaints and stop me from filing them. Now Captain Lola participated with officers nearly beating me to death as I was being transferred to this prison Suwannee C.I. made phone calls to this Institution and now officers have been threatening to "further attack me" on behalf of Captain Lola.

(It should also be noted: Some of the corrupted officials listed in this Complaint have since been promoted).

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The dates and times are listed in Number **IV** "STATEMENT OF CLAIM" section on page (4), (5)(6).

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

This information is explained in detail in #5 on page (4) as expressed above.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Injuries are listed in numerical order of paragraphs (2) Skin burns, (3) Head scars wounds requiring stitches, Fractured wrist (4) split mouth, bursted chin requiring stitches, back pains, scars (5) Stomach pains (8) Stab wounds, neck back pains, (9) Knee pains, ankle injury, (10) Skin burns, Knee scars/wounds, (11) Skin burns (12) Head and face swelling and disfiguration, brain scars/tissue damage, permanent knots and disfiguration, (13) Skin burns, (15) Head scars, swelling, tissue/brain damage, head disfiguration, swollen eyes back pains, wounds/gashes requiring stitches split mouth.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Injunctive relief for protection, also modifying policy to eliminate blind spots where officers beat inmates, audio/body cameras, policy regulating enforcement of discipline for misconduct, competent audio devices, and protectors from malicious gas and strip proceedings. Also money damages for medical treatment of scars injuries and punitive damages to curtail any future attacks ups by officers in amount of $150,000 dollars.

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Florida State Prison

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All Claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.   Where did you file the grievance?

At the Prison where incidents occurred.

2.   What did you claim in your grievance?

All the facts listed in this complaint. (each incident on seperate grievances).

3.   What was the result, if any?

Some answered and rejected, obstructed, or discarded and trashed

4.   What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Each step of grievance process was exhausted according to Policy.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

N/A

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The Court was notified on occassions when my complaints were being trashed.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Case No.(s) 4:11 cv 232-mP-WCS/4:12 cv551-sPm-cAS,/and 4:14 cv403-mw-GRJ
(I have no records of the dates or orders. Sorry ☹)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

**D.**    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Gernard Chestnut

Defendant(s)    James Mc Clendon

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Northern District

3.    Docket or index number

Do not have any records of docket number

4.    Name of Judge assigned to your case

Mark E. Walker

5.    Approximate date of filing lawsuit

Do not have any records of filing date

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition    January 2014

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Judgement entered in favor of defendant. No appeal was Filed.

( Also see attached pages)

1. Parties to previous lawsuit

Plaintiff(s) Gerrard Chestnut.
Defendant(s)  Officer Ross, Kendrick

2. Court

Northern District Court

3. Docket or index number

Do not have any records of the case number

4. Name of Judge assigned to your case

Mark E. Walker

5. Approximate date of filing lawsuit

Do not have any records of filing date

6. Is the case still pending?

☐ Yes
☑ No

7. What was the result of the case?

Dismissed

1. Parties to Previous Lawsuit
   Plaintiff(s) Gerrard Chestnut
   Defendant(s) Kimberly Petersen

2. Court : Northern District

3. Docket or index number : Do not have any records of docket number.

4. Name of Judge assigned to your case : ~~Kimberly~~ Mark E. Walker

5. Approximate date of filing lawsuit : Do not have any records of filing date.

6. Is the case still pending ?
   ☐ Yes
   ☒ No
   If no, give the approximate date of disposition : Do not have records of it.

7. What was the result of the case ?
   I chose to voluntarily withdraw the lawsuit.

1. Parties to Previous Lawsuit

   I filed (3) other cases Im aware of but don't have any records of what the name of the Judges were and (2) of these cases were dismissed in Northern District Court   Case Nos) 4:11cv-232-mp-wcs, and 4:12cv-551-spm-cas the (3rd) case I voluntarily withdrawed I have no records of the dates they were filed, disposed or name of the Judge.

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   1/2/19

Signature of Plaintiff   _(signature)_

Printed Name of Plaintiff   Gernard Chestnut

Prison Identification #   130146

Prison Address   Suwannee C.I.

Live Oak   FL.   32060
City   State   Zip Code

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City   State   Zip Code

Telephone Number

E-mail Address