FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2019 MAY 24 PM 2:33
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2019 MAY 24 PM 1:37

RETURN OF SERVICE (COMPLETE SECTION I OR II AND RETURN TO THE COURT)
WEST v. KNIGHT, No. 3:18-cv-1302-J-32JRK

**SECTION I.** I acknowledge that service of process **was executed** by giving DEFENDANT <u>Sergeant Louvie</u> a true copy of the documents listed in the order directing service of process. The following documents were also served on the above-named Defendant:

DATE SERVED: May 13, 2019

ADDRESS AT WHICH DEFENDANT WAS SERVED: F.S.P. 23916 NW 83rd Ave. Raiford, FL 32083

BY: J M Cull
United States Marshal's OR Special Appointee's Signature & Printed Name

As Defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_[signature]_  Corey LeVoie
Defendant's Signature & Printed Name

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SECTION II.** I acknowledge that service of process **cannot be executed** on the above-named Defendant for the following reasons: (please print)

DATE OF ATTEMPTED SERVICE:

I acknowledge that I took the following additional steps to attempt to locate and serve the above-named Defendant: (please print)

If applicable, Defendant's new place of employment within the Florida Department of Corrections:

BY:
United States Marshal's OR Special Appointee's Signature & Printed Name