UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2019 MAY 34 PM 3:30

RETURN OF SERVICE (COMPLETE SECTION I OR II AND RETURN TO THE COURT)
CHESTNUT v. KNIGHT, No. 3:18-cv-1302-J-32JRK

SECTION I. I acknowledge that service of process **was executed** by giving DEFENDANT <u>Lieutenant Thompson</u> a true copy of the documents listed in the order directing service of process. The following documents were also served on the above-named Defendant:

DATE SERVED: 5/29/19

ADDRESS AT WHICH DEFENDANT WAS SERVED: ISP
23916 NW 83rd Ave Raiford, FL 32083

BY: J.M. Clll
United States Marshal's OR Special Appointee's Signature & Printed Name

As Defendant in this action, I hereby acknowledge receipt of service of process on my own behalf.

_____                St. Thompson
Defendant's Signature & Printed Name

SECTION II. I acknowledge that service of process **cannot be executed** on the above-named Defendant for the following reasons: (please print)

_____

DATE OF ATTEMPTED SERVICE: _____

I acknowledge that I took the following additional steps to attempt to locate and serve the above-named Defendant: (please print)

_____

_____

If applicable, Defendant's new place of employment within the Florida Department of Corrections: _____

_____

BY: _____
United States Marshal's OR Special Appointee's Signature & Printed Name