UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERNARD DENEZ CHESTNUT,

        Plaintiff,

v.                                 Case No: 3:18-cv-1302-J-32JRK

TONY KNIGHT, et al.,

        Defendants.

_____

### ORDER

A Deputy U.S. Marshal advised the Court that the return of service as to Defendant Knight has not been returned from the correctional institution. The Court sua sponte extends the time in which the U.S. Marshal has to perfect service. Service must be perfected on Defendant **Tony Knight** at **Zephyrhills Correctional Institution** in accordance with the Court's order of June 17, 2019, Doc. 45, by **September 13, 2019.**

The **Clerk** shall to provide the U.S. Marshal's Office with a copy of the Amended Complaint (Doc. 10), the Order directing service (Doc. 45), and this Order for its use in perfecting service on this Defendant.

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of August, 2019.

*James R. Klindt*

JAMES R. KLINDT
United States Magistrate Judge

```
caw 8/14
c:
Gernard Denez Chestnut, #130146
Counsel of Record
U.S. Marshal
```