```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                  JACKSONVILLE DIVISION
```

GERNARD DENEZ CHESTNUT,

        Plaintiff,

v.                                 Case No: 3:18-cv-1302-J-32JRK

TONY KNIGHT, et al.,

        Defendants.

_____

## ORDER TO SHOW CAUSE

On June 17, 2019, the Court directed Defendants to file a responsive pleading within 60 days from the date of service of process. See Order (Doc. 45). Defendant Colin Williams was served on July 8, 2019 (Doc. S-75, 76). His response is overdue. Therefore, by **October 18, 2019**, Defendant Williams must **(1)** show cause why the Clerk should not enter a default against him for failure to respond to the Amended Complaint; and **(2)** file a response to the Amended Complaint (Doc. 10). Failure to fully and timely comply may result in the entry of a default against him in this case.

The **Clerk** shall send a copy of this Order to Show Cause to Defendant Williams at the address listed on the return of service (S-75).

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of September, 2019.

JAMES R. KLINDT
United States Magistrate Judge

```
caw 9/17
c:
Gernard Denez Chestnut, #130146
Counsel of Record
Colin Williams
```