IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERNARD DENEZ CHESTNUT
Plaintiff,

V.                                    CASE NO.: 3:18cv1302-J-32JRK

TONY KNIGHT, et. al,
Defendants.
_____/

## MOTION FOR VOLUNTARY DISMISSAL/WITHDRAW WITHOUT PREJUDICE

COMES NOW, Plaintiff, Gernard Denez Chestnut, pro se, moves to Voluntary DISMISS/WITHDRAW this Civil Suit Without Prejudice."

IF the Court determines this Case can not be Withdrawed without prejudice the Plaintiff Objects and should be allowed proper and sufficient opportunity to file Objections as the Plaintiff has many legitament reasons for making this request. Reasons of legal misconduct on behalf of the State, Video tapes being tampered with, forced glitches, etc. and D.O.C. Obstructing his access to the Courts. Notably, the only true fact stated in Defendant's request for Dismissal is that Plaintiff is no longer at Florida State Prison regarding the danger he was in by the specific officers listed in the Civil Complaint.

Whereby Plaintiff request this Court for a Voluntary Withdrawal of this case Without prejudice.

Respectfully Submitted By /s/ _____
Gernard D. Chestnut
DC# 130146

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to prison staff for mailing to:

Clerk U.S District Court 300 N. Hogan St. Ste.9-150, Jacksonville, FL. 32202.

(Ashley Moody) Attorney General, The Capitol PL-01, Tallahassee, FL. 32399

On this 6 day of ~~October~~ November 2019.

By /s/ _____

Gernard Denez Chestnut
DC# 130146
Santa Rosa C.I.
5850 East Milton Rd.
Milton, FL. 32583

PROVIDED TO
SANTA ROSA C.I. ON

NOV 06 2019

FOR MAILING BY
_____