UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERNARD DENEZ CHESTNUT,

    Plaintiff,

v.                                       Case No: 3:18-cv-1302-J-32JRK

TONY KNIGHT, et al.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff's Motion for Voluntary Dismissal/Withdraw Without Prejudice (Doc. 95) is **GRANTED**. This case is **DISMISSED without prejudice**.

The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of November, 2019.

                                                            TIMOTHY J. CORRIGAN
                                                            United States District Judge

caw 11/14
c:
Gernard Denez Chestnut, #130146
Counsel of Record